# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 8, 2017

156770

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 156770
COA: 336125
Ingham CC: 16-000444-FH

DAMIEN CORTEZ CARLISLE,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the September 21, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 8, 2017



Clerk

a1205